IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| *v.* | |
| SERVERPRONTO L.L.C. | UNDER SEAL |
| DEFENDANT. | |

**COMPLAINT FOR PERMANENT INJUNCTION**

Plaintiff United States of America (the "United States"), by and through the United States Attorney for the Northern District of Georgia, alleges:

**INTRODUCTION**

1. The United States brings this action for a permanent injunction pursuant to 18 U.S.C. § 1345, to prevent the ongoing commission of wire fraud in violation of 18 U.S.C. § 1343 and conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349.

2. Defendant SERVERPRONTO, LLC provides 60 dedicated servers to E SAMPARK, d/b/a VG TECHSERVE PRIVATE LIMITED, a VoIP provider[1]

---

[1] "VoIP" stands for Voice over Internet Protocol. VoIP calls use a broadband internet connection—as opposed to an analog telephone line—to place telephone calls locally, long distance, and internationally, without regard to whether the call

1

based in Ahmedabad, Gujarat, India ("E SAMPARK") and E SAMPARK's director, Gaurav Gupta ("GUPTA"). A grand jury in the Northern District for Georgia indicted E SAMPARK and GUPTA for violations of 18 U.S.C. §§ 1343 and 1349 for their role in transmitting millions of fraudulent robocalls from the international call centers[2] to individuals throughout the United States utilizing VoIP software on Defendant's servers.

3. Specifically, E SAMPARK and GUPTA use VoIP software and Defendant's servers to connect the fraudsters operating international call centers with victims in the United States. The initial step of the fraudulent scheme begins with the international call centers sending out millions of pre-recorded robocalls[3]

---

recipient uses a cellular phone or a traditional, wired phone.

[2] As detailed below, these criminal call centers use scripts and list of potential targets to initially bombard potential victims with threatening robocall messages impersonating various agencies or entities. And when a person responds, individuals at the call centers use specific scripts to lie, threaten, and coerce individuals until the person relents and transmits funds to the fraudsters. The United States has pursued these call centers whenever possible. *See, e.g.* Press Release, "24 Defendants Sentenced in Multimillion Dollar India-Based Call Center Scam Targeting U.S. Victims," available at https://www.justice.gov/opa/pr/24-defendants-sentenced-multimillion-dollar-india-based-call-center-scam-targeting-us-victims.

[3] "Robocall" means a call made through an automated process that places large volumes of telephone calls over the internet in order to deliver recorded messages, in contrast to calls placed one at a time by a live person.

containing false and threatening messages to individuals in the United States. The robocalls impersonate United States government agencies such as the Internal Revenue Service ("IRS") and Social Security Administration ("SSA"), as well as other public and private entities to frighten consumers with threats of arrest, lawsuits, and adverse credit actions, among other extortionate tactics. The goal of these robocalls is to scare victims to call back the number left in the robocall message. If the victim complies, then the victim's phone calls a Direct Inward Dialing ("DID") number. A DID number is not a traditional telephone number. Rather, it forwards the victims call to specific IP Addresses registered to E SAMPARK and GUPTA. The IP Addresses direct the call to Defendant's servers. E SAMPARK and GUPTA, using VoIP software from Defendant's servers, then further pass the call to the international fraudsters to continue the scheme with a live person. The live person then utilizes specific scripts based on the type of scam to threaten and coerce the victim until the victim relents and provides personal information or sends money through gift cards and other financial tools.

4. These robocall scams have caused victims throughout the United States, including in the Northern District of Georgia, to lose millions of dollars.

5. In addition to the financial harm, robocall schemes torment victims psychologically. In one call between a fraudster and a victim described in detail

below, the fraudster, pretending to be an official with the Treasury Department, repeatedly threatened the victim M.M. by stating that he has the power to cancel her Social Security Number with the stroke of a pen because the number is used by money launderers. Eventually, M.M. responded: "I'm 91-years old. How can I comprehend all this? It's all going to be taken care of?" Regrettably, M.M. is among countless victims, including a substantial number of elderly victims and victims of other vulnerable populations, against whom fraudsters at international call centers threatened and unleashed countless tirades using E SAMPARK and GUPTA'S services and Defendant's servers.

6. Although the perpetrators of the fraud are international call centers and E SAMPARK and GUPTA, Defendant's servers provide the physical hardware necessary to carry out these robocall scams.

7. Therefore, the United States seeks to prevent the continued and substantial financial and psychological injury to victims by enjoining Defendant from providing server access to alleged fraudsters E SAMPARK and GUPTA.

## JURISDICTION AND VENUE

8. This matter relates to a recent criminal indictment of E SAMPARK, and GUPTA for violations of 18 U.S.C. §§ 1343 and 1349. *United States v. E Sampark, et al.*, No. 1:20-cr-399 (N.D. Ga.) (under seal) ("Criminal Matter"). Defendant

provides the dedicated servers used in the execution of the fraudulent schemes alleged in the Criminal Matter. *See generally* Criminal Matter, Doc. 1, ¶ 49.

9. The Court has subject-matter jurisdiction over this civil action pursuant to 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

10. Venue lies in this district pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

11. Plaintiff is the United States of America.

12. Defendant SERVERPRONTO L.L.C. operates a server farm in Florida. SERVERPRONTO L.L.C. is a limited liability corporation organized under the laws of Florida. SERVERPRONTO L.L.C. conducts business throughout the United States, including the Northern District of Georgia, as serverpronto.com. E SAMPARK and GUPTA utilize 60 servers from SERVERPRONTO L.L.C. to provide VoIP services to international call centers. The international call centers bombard individuals in the United States, including in the Northern District of Georgia, with the robocalls detailed below. SERVERPRONTO L.L.C.'s principal place of business is Miami, Florida.

## THE ROBOCALL FRAUD SCHEMES

13. E SAMPARK and GUPTA use Defendant's hardware to provide VoIP

services to international call centers.[4] The international call centers make millions of fraudulent robocalls utilizing E SAMPARK and GUPTA's VoIP services and Defendant's servers. The fraudulent robocalls target individuals throughout the United States with pre-recorded messages impersonating law enforcement agencies, immigration authorities, financial institutions, and other governmental and private entities. The object of the robocalls is to scare victims into responding to the threats by calling a phone number left in the prerecorded message that then connects the recipient with the fraudsters at the international call centers. Then the individual fraudsters at the international call center scare the call recipients further with threats and coercion with the goal of convincing the individual to transmit money or personal information.

14. The figure below illustrates the operation of the robocall schemes and the role of Defendant's servers:

---

[4] Criminal Matter, Doc. 1, ¶ 49. Defendant is not charged in the criminal matter.



15. The robocall schemes begin when the international call centers use E SAMPARK and GUPTA's VoIP services from India to transmit millions of fraudulent robocalls throughout the United States. E SAMPARK and GUPTA provide VoIP services to the international call centers using 60 of the Defendant's servers. A large number of the fraudulent robocalls originate from three specific

7

Internet Protocol Addresses ("Robocall IPs") registered to E SAMPARK or GUPTA, but hosted on Defendant's servers.[5]

16. Millions of these fraudulent robocalls then leave Defendant's servers and travel across various telecommunications providers to eventually reach individuals in the United States, including in the Northern District of Georgia.[6]

17. The prerecorded messages typically fall within two broad categories. First, some of the robocalls impersonate government entities and convey alarming messages, such as: the call recipient owes taxes; the call recipient's Social Security Number or personal information has been compromised or is otherwise connected to criminal activity; the call recipient faces imminent arrest; the recipient's assets are being frozen; the call recipient's bank and credit accounts have suspicious activity; the call recipient's benefits are being stopped; the call recipient faces

---

[5] The specific Robocall IPs used by E SAMPARK and GUPTA are 69.60.110.41, 69.60.110.104, and 69.60.110.108.

[6] Recently, in a related matter, the United States obtained preliminary injunctions under 18 U.S.C. § 1345 against other entities that provided telecommunications services to E SAMPARK, GUPTA, and associated international call centers. *United States v. Palumbo*, 448 F. Supp. 3d. 257 (E.D.N.Y. 2020) (enjoining all activities of U.S. telecommunications providers that sold DID numbers or provided VoIP services to E SAMPARK and others because a vast proportion of their business helped fraudsters). E SAMPARK and GUPTA are not named in any pleadings in the *Palumbo* matter because, at the time, the investigation into E SAMPARK and GUPTA was ongoing.

imminent deportation; or any combinations of these things. Second, the robocalls impersonate private entities, such as lenders, with prerecorded messages offering the call recipient loans with low interest.

18. The robocall messages typically leave a call back number to connect the recipient with the international call centers to complete the fraud. The call back number is a DID number that directs the victim's call to the Robocall IPs and Defendant's servers. From there, E SAMPARK and GUPTA's VoIP software installed on Defendant's servers, connects the victim to the call center.

19. The following are just some of the scams facilitated by E SAMPARK and GUPTA from Defendant's servers:

    a. *IRS Impersonation Scam:* Message purportedly from the IRS falsely claims that the call recipient has been implicated in tax fraud, has avoided attempts to enforce criminal laws, has avoided court appearances, or the recipient faces imminent arrest. The message then asks the recipient to call a specific number to resolve the matter. When a recipient complies, the call is connected to the international call center via the VoIP software installed on Defendant's server. Then a live person at the international call center falsely claims to be an IRS or Treasury employee and typically reiterates the threats and coercion

from the robocall message and eventually directs the recipient to transfer funds to resolve the non-existent tax and legal liabilities, or for safekeeping in order to avoid seizure of assets.

b. *SSA Imposters:* Robocall message falsely claims that the call recipient's Social Security Number has been used in criminal activity, the recipient's Social Security benefits will be suspended, the recipient has failed to appear before a grand jury and faces imminent arrest, or the recipient's Social Security Number will be terminated. The message then asks the recipient to call a specific number to resolve the matter. When a recipient complies, the call is connected to the international call center via the VoIP software installed on Defendant's server. Then, a live person claims to be an SSA employee and typically tells the individual to transfer substantial funds for safekeeping until a new Social Security Number can be issued, at which point the funds purportedly will be returned.

c. *United States Citizenship and Immigration Services (USCIS) Imposters:* Robocall message purportedly from USCIS employees falsely claim that the call recipient has failed to fill out immigration forms correctly, the recipient faces imminent arrest or deportation, the recipient's

       home country has taken formal action against the recipient that may result in deportation, or the recipient has transferred money in a way that will result in deportation. The message then asks the recipient to call a specific number to resolve the matter. When a recipient complies, the call is connected to the international call center via the VoIP software installed on Defendant's server. Then, a live person claims to be a USCIS employee and typically tells the recipient to pay various fees or fines to avoid immigration consequences by sending the fees/fines.

    d. <u>*Loan Approval Scams:*</u> Robocalls impersonate a "lender" offering a guaranteed rate on a "pre-approved" loan. When a call recipient connects with the international call center, the fraudster will emphasize that a poor credit history does not matter, and all the call recipient has to do to secure the pre-approved loan is pay a one-time fee up front or provide credit card information. The call recipient is directed to send the fee as instructed.

20. But the messages are false. The call recipient is neither under investigation nor in legal jeopardy. In fact, fraudsters sent the same threatening robocall to thousands of others utilizing E SAMPARK and GUPTA's VoIP services.

11

21. The volume of calls generated by E SAMPARK and GUPTA from Defendant's servers is in the millions, including countless calls to individuals in the Northern District of Georgia.

22. Victims throughout the United States, including the Northern District of Georgia, have lost millions because of these fraudulent robocall schemes.

23. To stop on-going fraud and irreparable harm to consumers, the United States is seeking injunctive relief pursuant to 18 U.S.C. § 1345 to enjoin Defendant from providing server access to E SAMPARK or GUPTA.

## HARM TO THE UNITED STATES

24. Digital audio recordings of the fraudulent robocalls facilitated by E SAMPARK and GUPTA from Defendant's servers reveal that the fraudsters impersonate various U.S. government agencies. Some examples of the robocall messages include: "This message is from legal department of Social Security Administration" or "This call is officially final notice from SSA" or "This message is intent to notify you about your social insurance number being suspended" or "The purpose of this call is regarding an enforcement action which has been executed by the U.S. Treasury." The fraudulent calls harm the public interest by impersonating U.S. government agencies.

## HARM TO VICTIMS

25. The robocalls facilitated by E SAMPARK and GUPTA through Defendant's servers have caused and continue to cause substantial harm to numerous victims throughout the United States, including victims in the Northern District of Georgia. It is estimated that international call centers working in concert with E SAMPARK and GUPTA have defrauded victims out of millions of dollars per year through fraudulent robocalls and return-calling services from Defendant's servers.

26. In addition to financial loss, the threatening calls pose a form of psychological harm to individual victims. For example, the recorded messages transmitted by E SAMPARK and GUPTA on Defendant's servers impersonating the SSA state, in part: "The reason you have received this phone call is to inform you that there is **a legal enforcement action** filed on your Social Security Number **for criminal activities**. So before this matter goes to **the federal courthouse** or before **you get arrested** please call as soon as possible."

27. The threats and coercion increase when an individual calls back and speaks to a live person. As one example, fraudsters impersonating the SSA and Treasury Department threatened a 91-year old victim, M.M, with imminent legal action and suspension of her Social Security Number.

28. At the outset, the fraudster impersonating the SSA tells M.M.:

> The reason you connected by the Social Security Administration is because we have received an intimation from the Patrol Department of Texas State Division that they will be suspending your Social Security Number by the end of the day because some people are using your identity and your name in the State of Texas. So they are like doing money laundering and drug trafficking. So there are two charges against your name. So miss can you tell me, are you aware of this?

The fraudster falsely identifies himself as "Officer David White and I'm a OIG officer." Then, after "David White" gets the M.M.'s attention, another fraudster (this time impersonating the Treasury Department) takes over the call to amp the pressure, stating:

> It is an ongoing federal investigation. And we need to complete our investigation. And today we have to freeze we have to confiscate your existing Social Security Number by the end of today. Like the very moment I put my signature on your file, your Social Security Number will be frozen and confiscated. And we have to do it because we have don't have any other option. It's like a Hobson's choice. And we have to freeze your Social Security Number so that we can find the criminal and the real culprit who is behind all this illegal activities and who is doing this kind of crime using your name and your identity. So in order to do that we need your cooperation. I need to take your statement on this recorded conversation. Are you willing to cooperate with the government Miss []?

M.M. responds, "I guess." After grilling M.M. about her bank accounts and credit card limits in a transparent attempt to assess whether it is worth the fraudster's time to defraud the victim, the fraudster states, "You are not authorized to talk about it to any third person." Confused, M.M. asks: "You mean I can't talk to my

family about it?" And the fraudster reiterates: "You can talk about it once you get your new Social Security card. Before that you can't talk about it to any third person because that would be against federal law . . . we can't make any mistake by being emotional." The call ends with M.M. pleading: "I'm 91-years old, how can I comprehend all this? It's all going to be taken care of?" To which the fraudster answers in part: "I'm here to help with you. But right now, you need to maintain the law. You can't break any of the protocols of the federal authorities. We have to work according to the law."[7]

## DEFENDANT'S KNOWLEDGE OF FRAUD

29. Upon information and belief, the United States alleges that Defendant knew or acted with reckless disregard that its servers facilitate wire fraud schemes.

## COUNT 1

(18 U.S.C § 1345 – Injunctive Relief)

30. The United States realleges and incorporates by reference paragraphs 1 through 29 of this Complaint as though fully set forth herein.

31. By reason of the conduct described above, E SAMPARK and GUPTA

---

[7] This recording is one of over 130,000 digital audio recordings stored on Defendant's servers by E SAMPARK and GUPTA. A review of several hundred of the recordings, representing a statistically valid random sample, revealed that none of the recordings in the sample was a legitimate phone call.

utilized and continue to utilize servers owned by SERVERPRONTO L.L.C. to facilitate millions of fraudulent robocalls directed at victims in the United States, including the Northern District of Georgia. The object of the robocalls was to intimidate and defraud victims by impersonating government agencies or other entities, all in violation of 18 U.S.C. §§ 1343 and 1349.

32. E SAMPARK and GUPTA use Defendant's servers to commit wire fraud, conspiracy to commit wire fraud, or both.

33. Therefore, the United States is entitled, under 18 U.S.C. § 1345, to a permanent injunction restraining Defendant from providing server access to E SAMPARK and GUPTA.

**PRAYER FOR RELIEF**

WHEREFORE, the plaintiff United States of America requests of the Court the following relief:

    A. That the Court issue a consent permanent injunction and judgment, pursuant to 18 U.S.C. § 1345, that Defendant, their owners, managers, directors, agents, officers, employees, and all other persons and entities in active concert or participation with them are enjoined from:

        i. providing, or causing others to provide, server access to E SAMPARK, GUPTA, or any other entities or individuals acting in

       concert with E SAMPARK or GUPTA, including but not limited to IP addresses 69.60.110.41, 69.60.110.104, and 69.60.110.108;

  ii.  providing, or causing others to provide, Voice over Internet Protocol services to E SAMPARK, GUPTA, or any other entities or individuals acting in concert with E SAMPARK or GUPTA;

  iii.  destroying, deleting, removing, or transferring any and all business, financial, accounting, call detail, and any other records concerning E SAMPARK or GUPTA's operations.

B.  That the Court order such other and further relief as the Court shall deem just and proper.

Respectfully submitted this 11th day of November 2020.

                              BYUNG J. PAK
                              UNITED STATES ATTORNEY

                              <u>/s/ Armen Adzhemyan</u>
                              ARMEN ADZHEMYAN
                              ASSISTANT UNITED STATES ATTORNEY
                              GA Bar No. 120079
                              600 U.S. Courthouse
                              75 Ted Turner Drive SW
                              Atlanta, GA 30303
                              Tel: (404) 581-6000
                              armen.adzhemyan@usdoj.gov

                              Counsel for the United States of America

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/   ARMEN ADZHEMYAN
*Assistant United States Attorney*